# Third District Court of Appeal
## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1408
Lower Tribunal No. F05-541
_____

**Alberto Rodriguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Alberto Rodriguez, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.